**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

| | |
|---|---|
| **JAVIER DELGADO** | **PLAINTIFF** |
| **V.** | **Case No.: 1:18-cv-01001-SOH** |
| **WEYERHAEUSER COMPANY** | **DEFENDANT** |

**NOTICE OF SERVICE**

Notice is hereby given that Defendant, Weyerhaeuser Company, by and through the undersigned counsel, has this date served in the above entitled action the following document:

1. **WEYERHAEUSER COMPANY'S DESIGNATION OF EXPERT WITNESS**

Respectfully submitted this the 13th day of November, 2018.

WEYERHAEUSER COMPANY

By: /s/ Mary Clift Hitt Abdalla
MARY CLIFT HITT ABDALLA, (Ark. Bar #2007269)
210 East Capitol Street, Suite 2200
Jackson, MS 39201 – 2375
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Philip L. Votaw, counsel for Plaintiff Javier Delgado.

I hereby further certify that on November 13, 2018, physical copies of the foregoing, including additional attachments and enclosures, were delivered to Philip L. Votaw via Electronic Mail.

                                        s/Mary Clift Hitt Abdalla
                                        MARY CLIFT HITT ABDALLA (Ark. Bar # 2007269)
                                        Attorney for Defendant