# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**JAVIER DELGADO**                                                              **PLAINTIFF**

**V.**                                              **Case No.: 1:18-cv-01001-SOH**

**WEYERHAEUSER COMPANY**                                            **DEFENDANT**

## NOTICE OF SERVICE

Notice is hereby given that Defendant, Weyerhaeuser Company, by and through the undersigned counsel, has this date served in the above entitled action the following document:

1. **WEYERHAEUSER COMPANY'S REBUTTAL EXPERT WITNESS DISCLOSURES**

Respectfully submitted this the 28th day of December, 2018.

        WEYERHAEUSER COMPANY

        By: /s/ Mary Clift Hitt Abdalla
        MARY CLIFT HITT ABDALLA, (Ark. Bar #2007269)
        210 East Capitol Street, Suite 2200
        Jackson, MS 39201 – 2375
        Telephone: (601) 960-8600
        Facsimile: (601) 960-8613
        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

2

I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Philip L. Votaw, counsel for Plaintiff Javier Delgado.

I hereby further certify that on December 28, 2018, physical copies of the foregoing, including additional attachments and enclosures, were delivered to Philip L. Votaw via Electronic Mail.

                                              s/Mary Clift Hitt Abdalla
                                              MARY CLIFT HITT ABDALLA (Ark. Bar # 2007269)
                                              Attorney for Defendant