IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JAVIER DELGADO                                                                    PLAINTIFF


v.                                    Case No. 1:18-cv-1001


WEYERHAEUSER COMPANY                                                DEFENDANT


## ORDER

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. ECF No. 18. Plaintiff seeks voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon consideration, the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff decide to refile these claims against Defendant, he must do so in the United States District Court for the Western District of Arkansas.

**IT IS SO ORDERED**, this 30th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge